(INND Rev. 1/21) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

-FILED-

SEP 22 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__Mylin S Betts__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__City of Marion__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __1:23CV408__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] CAPTAIN JEFF WELLS | 301 S BRANSON ST MARION, IN 46952 |
| 2 | [Put the names of any other defendants in these boxes.] OFFICER MELTON | 301 S Branson ST MARION, IN 46952 |
| 3 | Jerry Foustnight | 301 S. BRANSON St MARION, IN 46952 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.] Page attached

1. How many defendants are you suing? __7__
2. What is your address? __615 S. Adams ST MARION, IN 46953__
3. What is your telephone number: (__765__) __661-8988__
4. Have you ever sued anyone for these exact same claims?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. LOOK ON ATTACHED Document labeled "Paragraphs"

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ⊘ No.
  ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
1. Pay Compensatory damages of $800,000 dollars
2. Punitive damages of $1.2 million dollars
3. The immediate removal + Termination of all officers involved.
4. And a Mandatory class on "Due process" of law.

FILING FEE – Are you paying the filing fee?
  ○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
  ⊘ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
MSB  I will keep a copy of this complaint for my records.
MSB  I will promptly notify the court of any change of address.
MSB  I declare under penalty of perjury that the statements in this complaint are true.

_Myla S Butt_____        _Aug 30, 2023_____
Signature                                                         Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts

1. **Tom Hunt (City Attorney/Former Judge)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of private property.)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) Theft
   d.) Denial of FOIA request
   e.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

2. **Captain Jeff Wells (MPD)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of private property.)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) Intimidation with unlawful arrest.
   d.) Theft
   e.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

3. **Officer Melton (MPD)**
   a.) Violation of the 4th and 14th Amendment
   b.) Illegal Search and Seizure of private property
   c.) Intimidation with unlawful arrest.
   d.) Theft
   e.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

4. **Jason Konazeski (Cheif Code Enforcement Officer)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of Private property)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) False reporting (saying a Judge gave him permission to take private property)
   d.) Theft
   e.) Retaliation
   f.) No body Camera
   g.) Denial of FOIA request
   h.) Tampering with evidence
   i.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

5. **Britan Crist (Code Enforcement)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of Private property)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) Theft

d.) Tampering with evidence
e.) Creating false reports
f.) Retaliation
e.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

6. **Matt Miller (Code Enforcement)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of Private property)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) Theft
   d.) Retaliation
   e.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

7. **Jerry Foustnight (Building Commissioner/Code Enforcement)**
   a.) Violation of the 4th & 14th Amendment (Illegal Search and Seizure of Private property)
   b.) Violation of Title 18 U.S.C. section 241 and 242
   c.) Theft
   d.) Denial of FOIA request
   e.) Providing false reports
   f.) Violation of ISP Standard Operating procedure (Definition 6)(According to I.C. 9-13-2-1 Abandoned Vehicles)

## Claims and Facts (Paragraphs)
### 615 S Adams St. Marion, In 46953

1. June 14th, 2023 - My vehicles were tagged on this date. I called in and was told by Jason Konazeski that I had 3 days to comply or my vehicle would be towed. I explained to him my constitutional rights and the ISP Standard Operating procedure, but I went ahead and did what Jason asked. I aired both my tires up. I started up and moved all my vehicles for Jason. I showed Jason Konazeski that all my vehicles were operable according to the law (registered with visible registration). Jason Konazeski was pleased and told me to call in by July 3rd to talk to Jerry Foustnight.

2. July 3rd, 2023 - Called in and talked to Jerry Foustnight (Jason Konazeski's supervisor). And explained the situation to Jerry Foustnight. Jerry Foustnight assured me that my vehicles were fine and I would not have any more issues with code enforcement. I told Jason Konazeski that he was no longer allowed to come on my property without a court order. Jason Konazeski said that it didn't matter what Jerry Foustnight said. That if my tires are ever flat again he (Jason) was gonna come take my vehicles. From 7/3/23 to 8/15/23 Jason and Code Enforcement constantly harassed me about my vehicles. Constantly driving in the back alleys and streets that are around both of my parking lots. So I made sure my tires were aired up, even though I knew flat tires do not make a vehicle become abandoned or inoperable.

3. August 14th, 2023 - There were no tags on my vehicles and no court order was issued on this date. *(There was never a court order period).*

4. August 15th, 2023 - There was a truck on my private property in the back parking lot. I came outside to tell them that they could not be in my parking lot. When I approached the truck I realized it was Jason Konazeski. Jason said, "Didn't i tell you to air up those tires?" We had words and I told Jason to get off my property. Jason Konazeski then informed me that he had a court order from Judge Tom Hunt to take my Cadillac. I asked him to let me see it. Jason never presented this court order to me. So I told Jason that he couldn't do anything until he showed me a court order. I asked Jason about his oath to the constitution. Jason said he never took an oath to the constitution. I told Jason that he needs to stop harassing me because he has no authority without that oath. Jason then said, If I did not air the tires up on my other vehicles (Which they had air in them) that he would take them also. I looked at my tire and had lost air, but nowhere close to

flat. I told Jason Konazeski to get the hell off my property, and not to come back until he has a court order in hand. Jason got very angry and said, "You people don't know when to shut up. Do you know who my wife is?" I told Jason, No i do not know who your wife is, and i dont care who she is either. Jason said, You need to understand something. Your big mouth is gonna land you in jail. All I have to say is, "I smell weed", then you will go to jail and I will impound all these vehicles. I told Jason to prove it, just prove it off my property. Jason then left my property. I Didn't have my phone at the time, but took a video after the altercation. *(Which is included)*. There are no tags on my vehicles and my white truck is in the back parking lot in the video

5. August 16th, 2023 - Dropped off physical copies of ISP Standard Operating Procedure. Dropped off copies of The Fourth and Fourteenth Amendment. Spoke to the Chief of police about the constitution. Found out Jason Konazeski wife works for Chief of police.

6. August 17th, 2023 - *(This is all on the video enclosed)* Early in the morning, Code Enforcement put 4 orange abandoned vehicle tags in my mailbox. Jason Konazeski shows up after 1 pm with 2 code enforcement officers (*Matthew Moore and Britan Crist*). I confront them and challenge their authority. Matthew Moore calls law enforcement. Officer Melton arrives and Jason Konazeski,"_under the color of law_", lies to Officer Melton, and says that Jason has talked to "Judge Hunt." And "Judge Hunt" said that Jason Konazeski can unlawfully take my vehicles due to the violations. Jason Konazeski did not produce a court order for officer Melton. Jason only quickly flashes the _"Abandoned vehicles tags"_ to Officer Melton. I then asked Officer Melton if I would be arrested if I didn't let them violate my rights? Officer Melton says "Absolutely" and proceeds to help Jason Konazeski violate my rights. Unfortunately, Tom Hunt is not a Judge any more. Tom Hunt is now the city attorney. So Officer Melton allowed Jason Konazeski to make him believe that he had spoken to a Judge about the matter without asking for proof. Captain Wells shows up on the scene and also tells me I will be arrested if I dont allow them to violate my Rights. They towed all 4 vehicles according to the abandoned vehicle act. Jason Konazeski tells me my vehicles will be destroyed after 30 days if I do not pay for them. Also in the video Matthew Moore says "I smell weed" as a slap in the face to me. Referring to Jason telling me all he has to do is say, "_I smell weed and I will go to jail_"on 8/15/23. Matthew Moore also says that this is _Captain Wells retirement present_ in the video. This shows that they conspired together to unlawfully take my vehicles. Britain Crist also says that "_This is the best tow ever!_" meaning they finally were able to steal my vehicles. *(All this is in the videos provided).*

7. August 18th, FOIA requested all body cam footage from all officers on scene. Refused several times saying Tom Hunt says i can only watch it. Not record it. Finally after several weeks I was able to record the footage from Code Enforcement. Several weeks after that Marion PD gave me Officer Melton and Britan Crist body cam. Told me they couldnt get Captain Wells or Matthew Moores body cam. But i already had Matthew Moores body cam footage recorded. So they lied. I still havent received Captain wells body cam.

8. August 31st, 2023 - Filed FOIA request for Jason Konazeski violation files for all my vehicles. And video footage from Jason's body cam. I was told that there were no files or body cams for Jason Konazeski.

9. September 11, 2023 - *(All documents included)* Received FOIA documents from Code Enforcement concerning all 4 of my vehicles. The report was fraudulent, because they said that the vehicles were in the City-Alley. Which the video clearly shows differently. They added fake claim numbers to the copies of the violation tags. The originals are included. You will see the difference in the tags. It's on all of the documents. In the same documents it says that they will sell my vehicle for profit. Although Jason Konazeski said they will be destroyed.

10. Tom hunt is not a Judge anymore.Tom Hunt is now the City attorney.